UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 18−30069
                                         Chapter 13
Willie Lucas,

    Debtor.

## ORDER CONFIRMING PLAN

The debtor's plan filed on January 11, 2018, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated March 23, 2018

                                         William R. Sawyer
                                         United States Bankruptcy Judge